AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| NATHAN EZELL BOWIE | ) | 6:22-mj-49-MK |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12-23-21 and 1-6-2022  in the county of  Douglas  in the District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual exploitation of children and the attempt to do so |
| 18 U.S.C. § 2422(b) | Coercion and enticement and the attempt to do so |
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Receipt of child pornography |

This criminal complaint is based on these facts:

Please see the affidavit of FBI Special Agent Jacob McPhie, which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

/s/ Jacob McPhie, Per Rule 4.1

*Complainant's signature*

Jacob McPhie, Special Agent, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  5:26pm  a.m./p.m.

Date: March 15, 2022

*Judge's signature*

City and state:  Eugene, Oregon   Mustafa T. Kasubhai, United States Magistrate Judge

*Printed name and title*