# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

United States of America
v.

NATHAN EZELL BOWIE

Case No. 6:22-mj-49-MK

*Defendant*

FILED 15 MAR '22 15:05 USDC-ORE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NATHAN EZELL BOWIE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
 18 U.S.C. § 2251(a) and (e); Sexual exploitation of children and the attempt to do so
 18 U.S.C. § 2422(b); Coercion and enticement and the attempt to do so
 18 U.S.C. § 2252A(a)(2) and (b)(1); Receipt of child pornography

Date: March 15, 2022

*Issuing officer's signature*

City and state: Eugene, Oregon

Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/15/22, and the person was arrested on *(date)* 03/16/22
at *(city and state)* Roseburg OR.

Date: 03/16/22

*Arresting officer's signature*

Jacob McPhie, Special Agent
*Printed name and title*